IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| RICHARD CORNELL DENTON, )<br>)<br>Petitioner, )<br>v. )<br>)<br>LOUIS BOYD, et al., )<br>)<br>Respondents. ) | Case No. 3:10-cv- 847-KOB-TMP |

## O R D E R

On October 25, 2010, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2254 be dismissed. On November 4, 2010, the petitioner filed a "Notice Of No Objection To Magistrate Judge's Report and Recommendation."

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court ADOPTS the opinion and ACCEPTS the recommendation. Consequently, the court DISMISSES the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 in the above-styled cause.

DONE and ORDERED this 9th day of November 2010.

*/s/ Karon O. Bowdre*
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE